UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GAME ON VENTURES,

    Plaintiffs,

v

GENERAL RV CENTER, INC.,

    Defendant.

Case No.: 2:08-cv-12052
Hon. Avern Cohn
Magistrate Paul J. Komives

_____/

| TIMOTHY J. JORDAN (P46098) | MICHAEL D. DOLENGA (P48794) |
|---|---|
| Attorney for Plaintiff | JEFFREY R. NOWICKI (P58880) |
| 1000 Woodbridge Street | Attorneys for Defendant |
| Detroit, Michigan 48207-3192 | 24001 Orchard Lake Road, Suite 190 |
| (313) 446-5531 | Farmington, Michigan 48336 |
| | (248) 478-9922 (fax) 478-9933 |

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE AND ALLOWING FOR SUPPLEMENTAL PLEADING

The Defendant, General RV Center, Inc, having filed a Motion for Summary Judgment, a response brief having been filed, oral arguments having been heard, and the Court being fully advised in the premises;

IT IS ORDERED that General RV's Motion for Summary Judgment is denied, without prejudice.

IT IS FURTHER ORDERED that the Defendant may file a supplemental brief to provide the Court with a statement of undisputed facts so that the Court can further analyze the issue (among any other issue the Court wishes to analyze) of whether an average purchaser would have known that the RV in question did not have Aqua Heat at the time of purchase. Defendant shall file that document on or before October 9, 2008.

IT IS FURTHER ORDERED that Plaintiff may file a response to Defendant's supplement. Plaintiff's response shall be filed 20 days after service of Defendant's supplemental document.

Dated: September 19, 2008         s/Avern Cohn
                                  U.S. District Court Judge

Approved as to form,
Notice of entry waived:

/S/ Timothy J. Jordan
TIMOTHY J. JORDAN (P46098)
Attorney for Plaintiff


/S/Michael D. Dolenga
MICHAEL D. DOLENGA (P48794)
JEFFREY NOWICKI (P58880)
Attorneys for Defendant